Dismissed and Memorandum Opinion filed May 18, 2006









Dismissed and Memorandum Opinion filed May 18, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00370-CV

____________

 

WILLA JEAN HILBORN, Individually
and as Representative of all Wrongful Death Beneficiaries and as Representative
of the Estate of 

CHARLES ALLEN HILBORN, SR.,
Appellants

 

V.

 

EDWARD MANUEL
PINA, M.D., and 

SARMA SUBRAHMANYA CHALLA, M.D.,
Appellees

 



 

On Appeal from the
125th District Court

Harris County, Texas

Trial Court Cause
No.
05-51488

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an interlocutory order
granting appellees= motions to dismiss signed April 3, 2006.  See Tex.
Civ. Prac. & Rem. Code Ann. ' 74.351 (Vernon Supp. 2005).  On May 12, 2006, appellants filed an
unopposed motion to dismiss the appeal because the issues in the appeal have
now been rendered moot.  See Tex. R. App. P. 42.1.  According to the motion, on May 2, 2006, the
trial court reversed the order being appealed. The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 18, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Guzman.